IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HECTOR ETELVINO MIRANDA PEREZ,

    Petitioner,

v.                                       No. 1:25-cv-01324-SMD-GBW

MELISSA ORTIZ, et al.,

    Defendants.

## ORDER

THIS MATTER is before the Court on Petitioner Hector Etelvino Miranda Perez's Petition for Writ of Habeas Corpus and Request for Order to Show Cause (Doc. 1).

To preserve the status quo, the Government is ENJOINED from transferring Petitioner Miranda Perez from the District of New Mexico while the proceedings in this matter remain pending.

IT IS SO ORDERED.

                                                              **SARAH M. DAVENPORT**
                                                              **UNITED STATES DISTRICT JUDGE**